UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 24-02578-KK-DTBx | Date: | January 9, 2026 |
| Title: | *Gloria Zetina v. Circor Aerospace, Inc. et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order DISMISSING the Instant Action

On January 7, 2026, plaintiff Gloria Zetina and defendant Circor Aerospace, Inc. filed a Joint Status Report indicating the Riverside County Superior Court has granted Plaintiff's Motion for Class Action and PAGA settlement in a related action and requesting dismissal of the instant action without prejudice. ECF Docket No. ("Dkt.") 28. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** (JS-6).